**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-3303-CMA

WILLIAM WALTERS

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the order denying the motion for entered orally in open court on . It is

      ORDERED that, this action was decided by Judge Christine M. Arguello on Plaintiff's WILLIAM WALTERS Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is affirmed. Each party shall bear its own costs and attorneys fees.

      Dated at Denver, Colorado this 14th day of January, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Sandra Hartmann

                              Sandra Hartmann
                              Deputy Clerk